JOHN D. NIBBELIN, COUNTY COUNSEL (SBN 184603)
By: Paul S. Sheng, Deputy (SBN 199785)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone:  (650) 363-4792
Facsimile:  (650) 363-4034
E-mail:  psheng@smcgov.org

Attorneys for Defendants
SAN MATEO COUNTY,
ADRIAN ALONSO, BENJAMIN LIU,
NICHOLAS COSTA, CHARLES TITUS,
MICHAEL NASH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MORA, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN MATEO COUNTY, a municipal corporation; ADRIAN ALONSO, in his individual capacity as a law enforcement officer for the SAN MATEO COUNTY SHERIFF'S OFFICE; BENJAMIN LIU, in his individual capacity as a law enforcement officer for the SAN MATEO COUNTY SHERIFF'S OFFICE; NICHOLAS COSTA, in his individual capacity as a law enforcement officer for the SAN MATEO COUNTY SHERIFF'S OFFICE; CHARLES TITUS, in his individual capacity as a law enforcement officer for the SAN MATEO COUNTY SHERIFF'S OFFICE; MICHAEL NASH, in his individual capacity as a law enforcement officer for the SAN MATEO COUNTY SHERIFF'S OFFICE; and DOES 1-25, inclusive.,<br><br>　　　　Defendants. | Case No. 23-cv-01513HSG<br><br>**STIPULATION AND ORDER DEEMING COUNTY OF SAN MATEO'S ANSWER TO COMPLAINT FILED ON BEHALF OF ALL DEFENDANTS** |

**STIPULATION**

Plaintiff KEITH MORA and Defendants SAN MATEO COUNTY, ADRIAN ALONSO, BENJAMIN LIU, NICHOLAS COSTA, CHARLES TITUS, MICHAEL NASH, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff Keith Mora filed served his Complaint (ECF No. 1, 03/30/23) on the County of San Mateo on or about April 7, 2023;

2. At the time Defendant San Mateo County ("SMC") answered the Complaint on April 28, 2023 (ECF No. 11, 04/28/23), defendants ADRIAN ALONSO, BENJAMIN LIU, NICHOLAS COSTA, CHARLES TITUS, and MICHAEL NASH had not been served with the Summons and Complaint; thus the Answer (ECF No. 11, 04/28/23) was filed on behalf of SMC only.

3. To expedite settling of the pleadings and bringing the case at issue, Plaintiff and Defendants agree that SMC's Answer (ECF No. 11, 04/28/23) may be deemed filed also on behalf of defendants ADRIAN ALONSO, BENJAMIN LIU, NICHOLAS COSTA, CHARLES TITUS, and MICHAEL NASH.

4. Plaintiff and Defendants further agree that the Complaint (ECF No. 1) is hereby deemed served in regards to Defendants ALONSO, LIU, COSTA, TITUS, and NASH.

Dated:  May 5, 2023                                JOHN D. NIBBELIN, COUNTY COUNSEL

                                                   By: /s/
                                                   Paul S. Sheng, Deputy

Dated:  May 5, 2023

                                                   By: /s/
                                                   Ty Clarke, Esq.

**ORDER**

IT IS ORDERED, pursuant to the parties' stipulation, that SMC's Answer (ECF No. 11, 04/28/23) is deemed filed also on behalf of Defendants ADRIAN ALONSO, BENJAMIN LIU, NICHOLAS COSTA, CHARLES TITUS, and MICHAEL NASH.

Dated: 5/11/2023

By: *Haywood S. Gilliam Jr.*
Hon Haywood S. Gilliam, Jr.