UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH MORA,

        Plaintiff,

v.

SAN MATEO COUNTY, et al.,

        Defendants.

Case No. 23-cv-01513-HSG

**SCHEDULING ORDER**

A case management conference was held on July 11, 2023. Having considered the parties' proposals, *see* Dkt. No. 18, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | December 1, 2023 |
| Close of Fact Discovery | February 16, 2024 |
| Exchange of Opening Expert Reports | March 8, 2024 |
| Exchange of Rebuttal Expert Reports | April 5, 2024 |
| Close of Expert Discovery | May 10, 2024 |
| Dispositive Motion Hearing Deadline | June 27, 2024, at 2:00 p.m. |
| Pretrial Conference | September 24, 2024, at 3:00 p.m. |
| Jury Trial (4 days) | October 7, 2024, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   7/25/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge