**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 317403**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MORA, | Case No.: 23-cv-01513-HSG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| SAN MATEO COUNTY, a municipal corporation; ADRIAN ALONSO, in his individual capacity as a law enforcement officer for the SAN MATEO COUNTY SHERIFFS OFFICE; BENJAMIN LIU, in his individual capacity as a law enforcement officer for the SAN MATEO COUNTY SHERIFFS OFFICE; NICHOLAS COSTA, in his individual capacity as a law enforcement officer for the SAN MATEO COUNTY SHERIFFS OFFICE; CHARLES TITUS, in his individual capacity as a law enforcement officer for the SAN MATEO COUNTY SHERIFFS OFFICE; MICHAEL NASH, in his individual capacity as a law enforcement officer for the SAN MATEO COUNTY SHERIFFS OFFICE; and DOES 1-25, inclusive., | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff KEITH MORA and Defendants SAN MATEO COUNTY, ADRIAN ALONSO, BENJAMIN LIU, NICHOLAS COSTA, CHARLES TITUS, and MICHAEL NASH hereby stipulate that this action will be dismissed with prejudice as to all defendants. Plaintiff received the settlement check from the County on April 18, 2024.  Each party to bear its own fees and costs.

This stipulation is submitted pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and operates as a voluntary dismissal of the action.

Dated: April 22, 2024                            POINTER & BUELNA, LLP
                                                 LAWYERS FOR THE PEOPLE

                                          By:/s/  *Ty Clarke*
                                                 Ty Clarke, Esq.
                                                 Attorney for Plaintiff

Dated: April 22, 2024

                                          By:/s/  *Paul S. Sheng*
                                                 Paul S. Sheng, Deputy
                                                 Attorney for Defendants

IT IS SO ORDERED.

Dated: 4/22/2024

**HON. HAYWOOD S. GILLIAM JR**
**United States District Court Judge**